IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03423-RBJ

CASSANDRA BROWN and EDWARD BROWN,

      Plaintiffs,

v.

AC AUTOPAY, LLC,

      Defendant.

---

## ORDER TO SET SCHEDULING CONFERENCE

---

This matter comes before the Court *sua sponte.* In light of the decline of consent to a

magistrate judge by one or more of the parties in this case and its reassignment to this Court, the

Scheduling Conference set February 19, 2015 before Magistrate Judge Watanabe is VACATED.

The parties are ordered to set an initial scheduling conference in this Court (with Judge Jackson)

pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 no later than 45 days after the

answer, motion to dismiss or other response to the complaint is filed. Each party's lead trial

counsel shall attend the conference. The conference shall be held in Courtroom A-902, Alfred

A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly

contact Chambers by telephone at (303) 844-4694 or by email at

Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying

the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the

proposed scheduling order is tendered. The proposed scheduling order, which should be

prepared as described in the local rules, should be tendered by email no later than five days

before the scheduling conference.  A copy of instructions for the preparation of a scheduling

order and a form scheduling order can be downloaded from the Court's website

(http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

       DATED this 29th day of January, 2015.


BY THE COURT:

_____

R. Brooke Jackson
United States District Judge