IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-03423-RBJ | Date: August 19, 2015 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| CASSANDRA BROWN, and EDWARD BROWN, | Jenny DeFrancisco (by telephone) |
| Plaintiffs, | |
| v. | |
| AC AUTOPAY, LLC, | |
| Defendant. | |

## COURTROOM MINUTES

**HEARING ON DAMAGES**

Court in Session:  1:44 p.m.

Appearance of counsel for Plaintiffs.  No appearance by Defendant.

**ORDERED:**  [12] Notice of Motion for Default Judgment Against Defendant AC AutoPay, LLC is **GRANTED**, in the amount of $50,000.  A written order shall issue.

Court in Recess:  1:49 p.m.        Hearing concluded.        Total time in Court:    00:05