IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03423-RBJ

CASSANDRA BROWN and EDWARD BROWN,

    Plaintiffs,

v.

AC AUTOPAY, LLC,

    Defendant.

---

ORDER ON DEFAULT JUDGMENT

---

This matter coming to be heard on Plaintiffs' Motion for Default Judgment against Defendant AC AutoPay, LLC. ECF No. 12.  Upon consideration of Plaintiffs' motion and the submissions in support it is

ORDERED that a default judgment shall be entered against Defendant AC AutoPay, LLC, for violating the Telephone Consumer Protection Act; it is further

ORDERED that Defendant AC AutoPay, LLC, pay Plaintiff damages of $50,000.00 pursuant to 47 U.S.C. § 227(b)(1)(B).

DATED this 19th day of August, 2015.

                                                 BY THE COURT:

                                                 _____
                                                 R. Brooke Jackson
                                                 United States District Judge

2

2