**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   14-cv-03423-RBJ

CASSANDRA BROWN and
EDWARD BROWN,

      Plaintiffs,

v.

AC AUTOPAY, LLC,

      Defendant.

---

**DEFAULT JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order on Default Judgment entered by the Honorable R. Brooke Jackson, United States District Judge, on August 19, 2015, it is

ORDERED that Default Judgment is hereby entered against Defendant AC AutoPay, LLC, for violating the Telephone Consumer Protection Act.

IT IS FURTHER ORDERED that Defendant AC AutoPay, LLC, shall pay Plaintiffs Cassandra Brown and Edward Brown, damages in the amount of $50,000.00 pursuant to 47. U.S.C. § 227(b)(B).

IT IS FURTHER ORDERED that post-judgment interest shall accrue on the amount awarded in this matter at the legal rate of .39% per annum from the date of entry of Default Judgment.

Dated at Denver, Colorado this 20th day of August 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk